DocuSign Envelope ID: 2D2790D9-98AE-4D27-9203-3A73483AD956

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **GERALD L. SHULTS, JR.** | : | No. 1:20-cv-224 |
| Plaintiff, | : | Judge Timothy Black |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| **SANDRA NORLING** | : | |
| Defendant. | : | [formerly in the Common Pleas Court of Clermont County, Ohio No. 2020 CVC 00208] |
| | : | **AGREED ENTRY ON PRELIMINARY INJUNCTION** |

---

Now comes the parties hereto and respectfully submit this Agreed Entry to the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction as follows:

By her signature below and that of counsel, Defendant Sandra Norling hereby agrees to refrain from the following:

a) Contacting Plaintiff;

b) Publishing defamatory statements about Plaintiff by written or verbal methods;

c) Contacting law enforcement about Plaintiff;

d) Posting on social media about Plaintiff.

If the Court finds Defendant in violation of this Agreed Entry, upon successful application by Plaintiff for relief, Defendant agrees to pay Plaintiff's reasonable attorney's fees and related costs not to exceed the total amount of $1,500.

This matter is continued for sixty (60) days pending settlement discussions between the parties with a notice of the date and time for next status conference to be issued by the Court.

DocuSign Envelope ID: 2D2790D9-98AE-4D27-9203-3A73483AD956

This Agreed Entry is effective immediately and shall continue until further order of this Court. No bond is required.

SO ORDERED.

/s/ Timothy S. Black
JUDGE TIMOTHY BLACK

AGREED TO BY:

[signature: Sandra Norling]  3/24/2020
Defendant Sandra Norling

| | |
|---|---|
| *Per email authority of March 24, 2020* | */s/ Jennifer L. Wilson* |
| Mark C. Eppley (0079218) | Jennifer L. Wilson (0071376) |
| Andrew W. Green (0072978) | FREUND, FREEZE & ARNOLD |
| 635 West Seventh Street | Capitol Square Office Building |
| Suite 300 | 65 E. State Street, Suite 800 |
| Cincinnati, OH 45203 | Columbus, OH 43215-4247 |
| T: 513-621-6275 | T: 614-827-7300 |
| F: 513-621-6274 | F: 614-827-7303 |
| Mark@EppleyLegalGroup.com | jwilson@ffalaw.com |
| Andrew@EppleyLegalGroup.com | *Counsel for Defendant, Sandra Norling* |
| *Counsel for Plaintiff* | |
| | |
| */s/ Edward J. Collins* | */s/ Nicole A. Mitchell* |
| Edward J. Collins (0025833) | Nicole A. Mitchell (0068178) |
| 250 East Fifth Street | FREUND, FREEZE & ARNOLD |
| Suite 700 | Union Centre Office Park II |
| Cincinnati, OH 45202 | 8899 Brookshire Avenue, Suite 203 |
| T: 513-721-1504 ext. 206 | West Chester OH 45069 |
| F: 513-721-0310 | T: 513-587-3917 |
| ecollins@drodermiller.com | F: 513-618-3917 |
| *Counsel for Defendant, Sandra Norling* | nmitchell@ffalaw.com |
| | *Counsel for Defendant, Sandra Norling* |

This Agreed Entry is effective immediately and shall continue until further order of this Court. No bond is required.

SO ORDERED.

*/s/ Timothy S. Black*
JUDGE TIMOTHY BLACK

AGREED TO BY:

Defendant Sandra Norling

Plaintiff Gerald L. Shults, Jr.

| | |
|---|---|
| Mark C. Eppley (0079218)<br>Andrew W. Green (0072978)<br>635 West Seventh Street<br>Suite 300<br>Cincinnati, OH 45203<br>T: 513-621-6275<br>F: 513-621-6274<br>Mark@EppleyLegalGroup.com<br>Andrew@EppleyLegalGroup.com<br>*Counsel for Plaintiff* | Jennifer L. Wilson (0071376)<br>FREUND, FREEZE & ARNOLD<br>Capitol Square Office Building<br>65 E. State Street, Suite 800<br>Columbus, OH 43215-4247<br>T: 614-827-7300<br>F: 614-827-7303<br>jwilson@ffalaw.com<br>*Counsel for Defendant, Sandra Norling* |
| Edward J. Collins (0025833)<br>250 East Fifth Street<br>Suite 700<br>Cincinnati, OH 45202<br>T: 513-721-1504 ext. 206<br>F: 513-721-0310<br>ecollins@drodermiller.com<br>*Counsel for Defendant, Sandra Norling* | Nicole A. Mitchell (0068178)<br>FREUND, FREEZE & ARNOLD<br>Union Centre Office Park II<br>8899 Brookshire Avenue, Suite 203<br>West Chester OH 45069<br>T: 513-587-3917<br>F: 513-618-3917<br>nmitchell@ffalaw.com<br>*Counsel for Defendant, Sandra Norling* |

**FREUND, FREEZE & ARNOLD**
A Legal Professional Association