UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| GERALD L. SHULTS, JR. | : | No. 1:20-cv-224 |
| Plaintiff, | | Judge Timothy Black |
| v. | : | |
| SANDRA NORLING | | |
| | : | Magistrate Judge Stephanie K. Bowman |
| Defendant. | : | |
| | | [formerly in the Common Pleas Court of Clermont County, Ohio No. 2020 CVC 00208] |

## AGREED ORDER TO AMEND PLEADINGS

Based on their respective signatures below, the Court hereby finds that Defendant has agreed to Plaintiff(s) filing an Amended Complaint in this matter pursuant to Federal Rule of Civil Procedure 15(a)(2).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff(s) shall have fourteen (14) days from the date of the entry of this Agreed Order to file an Amended Complaint in this matter and, further, that Defendant shall have twenty-eight (28) days to file a responsive pleading thereto, unless extended by agreement of the parties or orders of this Court. Defendant hereby reserves the right to assert all available defenses to the newly identified parties and/or claims and reserves the right to present additional dispositive motions regarding such parties and/or claims, in addition to those presently before this Court.

Shults v. Norling  
Case Number: No. 1:20-cv-224

Agreed Order to Amend Pleadings

So ordered this 12th day of June 2020

/s/ Timothy S. Black
_____
Honorable Judge Timothy Black  
Federal District Court  
Southern District of Ohio

Shults v. Norling
Case Number: No. 1:20-cv-224

Agreed Order to Amend Pleadings

Seen and Agreed To:

/s/ Andrew Green
**EPPLEY LEGAL GROUP, LLC**
Mark C. Eppley (#0079218)
Andrew W. Green (#0072978)
Attorneys for Plaintiff(s)
635 West Seventh Street, Suite 300
Cincinnati, Ohio 45203
(513) 621-6275     Telephone
(513) 621-6274     Facsimile
mark@eppleylegalgroup.com
andrew@eppleylegalgroup.com


/s/ Jennifer L. Wilson
Jennifer L. Wilson (0071376)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 E. State Street, Suite 800
Columbus, OH 43215-4247
T: 614-827-7300
F: 614-827-7303
jwilson@ffalaw.com
Counsel for Defendant Sandra Norling


/s/ Edward J. Collins
Edward J. Collins (0025833)
DRODER & MILLER CO., LPA
250 East Fifth Street Suite 700
Cincinnati, OH 45202
T: 513-721-1504 ext. 206
F: 513-721-0310
ecollins@drodermiller.com
Co-Counsel for Defendant Sandra Norling

3