UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **GERALD L. SHULTS, JR.** | : | No. 1:20-cv-224 |
| Plaintiff, | | **Judge Timothy Black** |
| v. | : | |
| **SANDRA NORLING** | | |
| | : | Magistrate Judge Stephanie K. Bowman |
| Defendant. | : | |
| | | [formerly in the Common Pleas Court of Clermont County, Ohio No. 2020 CVC 00208] |

---

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

---

Now comes Gerald Shults, by and through his undersigned counsel, and moves this Honorable Court to dismiss Defendant's Motion for Judgment on the Pleadings filed on May 8, 2020 as said motion is now moot. A memorandum in support is attached to this motion.

    Respectfully submitted:

    /s/ Andrew Green
    **EPPLEY LEGAL GROUP, LLC**
    Mark C. Eppley (#0079218)
    Andrew W. Green (#0072978)
    Attorneys for Plaintiff
    635 West Seventh Street, Suite 300
    Cincinnati, Ohio 45203
    (513) 621-6275    Telephone
    (513) 621-6274    Facsimile
    mark@eppleylegalgroup.com

| | |
|---|---|
| Shults v. Norling | Plaintiff's Motion to Dismiss Defendant's Motion for Judgment on the Pleadings |
| Case Number: No. 1:20-cv-224 | andrew@eppleylegalgroup.com |

## **MEMORANDUM IN SUPPORT**

Defendant filed a Motion for Judgment on the Pleading on May 8, 2020. Pursuant to an order of this Court the filing deadline for a response to this motion was extended to June 16, 2020. On June 12, 2020, the Court signed an Agreed Order to Amend Pleadings giving Plaintiff an additional fourteen (14) days to amend his complaint and giving the Defendant twenty-eight (28) days to respond.

The Plaintiff states that the Defendant's Motion for Judgment on the Pleading filed on May 8, 2020 became moot by the signing of the Agreed Order. Pursuant to Federal Rule of Civil Procedure 12(c), "[a]fter the pleadings are closed… a party may move for judgment on the pleadings." In the case at bar, the Agreed Order filed with this Honorable Court on June 12, 2020 to Amend Pleadings re-opened the pleading practice. Therefore, the Defendant's Motion for Judgment on the Pleadings is moot and should be dismissed.

Respectfully submitted:

/s/ Andrew Green
**EPPLEY LEGAL GROUP, LLC**
Mark C. Eppley (#0079218)
Andrew W. Green (#0072978)
Attorneys for Plaintiff
635 West Seventh Street, Suite 300
Cincinnati, Ohio 45203
(513) 621-6275     Telephone
(513) 621-6274     Facsimile
mark@eppleylegalgroup.com
andrew@eppleylegalgroup.com

Shults v. Norling

Case Number: No. 1:20-cv-224

Plaintiff's Motion to Dismiss Defendant's Motion for Judgment on the Pleadings

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true, accurate, and correct copy of the foregoing Plaintiff's Motion to Dismiss Defendant's Motion for Judgment on the Pleadings was served on June 15, 2020, via electronic mail and/or regular U.S. Mail upon the following:

Jennifer Wilson
65 E. State Street, Suite 800
Columbus, OH 43215-4247
jwilson@ffalaw.com

Nicole Mitchell
8899 Brookshire Avenue, Suite 203
West Chester, OH 45069
nmitchell@ffalaw.com

Edward Collins
250 East Fifth Street, Suite 700
Cincinnati, OH 45202
ecollins@drodermiller.com

/s/ Andrew Green
Andrew W. Green (#0072978)
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **GERALD L. SHULTS, JR.** | : | No. 1:20-cv-224 |
| Plaintiff, | | **Judge Timothy Black** |
| -vs- | : | Magistrate Stephanie K. Bowman |
| **SANDRA NORLING** | | |
| Defendant. | : | |

[formerly in the Common Pleas Court of Clermont County, Ohio No. 2020 CVC 00208]

## ORDER GRANTING
## PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

This matter having come the Court on Plaintiff's Motion to Dismiss Defendant's Motion for Judgment on the Pleadings and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion to Dismiss Defendant's Motion for Judgment on the Pleadings is HEREBY GRANTED.

Signed this ____ day of June 2020

_____
Honorable Judge Timothy Black
United States District Court
Southern District of Ohio

Shults v. Norling
Case Number: No. 1:20-cv-224

Plaintiff's Motion to Dismiss Defendant's Motion for Judgment on the Pleadings

Copies:

Mark C. Eppley
Andrew W. Green
635 West Seventh Street, Suite 300
Cincinnati, Ohio 45203
mark@eppleylegalgroup.com
andrew@eppleylegalgroup.com

Jennifer Wilson
65 East State Street, Suite 800
Columbus, Ohio 43215-4247
jwilson@ffalaw.com

Nicole Mitchell
8899 Brookshire Avenue, Suite 203
West Chester, Ohio 45069
nmitchell@ffalaw.com

Edward Collins
250 East Fifth Street, Suite 700
Cincinnati, Ohio 45202
ecollins@drodermiller.com

2