UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **GERALD L. SHULTS, JR.** | : | No. 1:20-cv-224 |
| **Plaintiff,** | | **Judge Timothy Black** |
| v. | : | |
| **SANDRA NORLING** | | |
| | : | Magistrate Judge Stephanie K. Bowman |
| **Defendant.** | : | |
| | | [formerly in the Common Pleas Court of Clermont County, Ohio No. 2020 CVC 00208] |

## STIPULATION TO STAY ORDER ON MOTION FOR EXTENTION OF TIME

Now come the parties in the above captioned case, by and through their respective counsels, and stipulate to their agreement to Stay the Order on Motion for Extension of Time entered on June 26, 2020. The parties wish to attend a settlement conference with the Court under Fed. R. Civ. P. 16(c) and S.D. Ohio Civ. R 16.3. Plaintiff hereby reserves the right to amend his complaint until a reasonable time after settlement conference or mediation.

Respectfully submitted,

/s/ Mark C. Eppley
Mark C. Eppley (#0079218)
Andrew W. Green (#0072978)
Attorneys for Plaintiff, Gerald L. Shults, Jr.
EPPLEY LEGAL GROUP
635 West Seventh Street, Suite 300
Cincinnati, Ohio 45203
(513) 621-6275
(513) 621-6274    Facsimile
mark@eppleylegalgroup.com
andrew@eppleylegalgroup.com


/s/ Jennifer L. Wilson
Jennifer L. Wilson (0071376)
FREUND, FREEZE & ARNOLD
Capitol Square Office Building
65 E. State Street, Suite 800
Columbus, OH 43215-4247
T: 614-827-7300
F: 614-827-7303
jwilson@ffalaw.com
Counsel for Defendant Sandra Norling


/s/ Edward J. Collins
Edward J. Collins (0025833)
DRODER & MILLER CO., LPA
250 East Fifth Street Suite 700
Cincinnati, OH 45202
T: 513-721-1504 ext. 206
F: 513-721-0310
ecollins@drodermiller.com
Co-Counsel for Defendant Sandra Norling

/s/ Nicole Allbritain Mitchell
Nicole Allbritain Mitchell
Freund Freeze & Arnold
105 E. Fourth Street
Suite 1400
Cincinnati, OH 45202
513-665-3500
513-665-3503 (fax)
nmitchel@ffalaw.com
Counsel for Defendant Sandra Norling


/s/ John Mark Williams
John Mark Williams
Law Office of John Mark Williams
8549 Montgomery Road
Cincinnati, OH 45236
513-791-7919
513-792-2175 (fax)
jmwilliams@jmwilliamslaw.com
Counsel for Defendant Sandra Norling


/s/ Bradley Allen Powell
Bradley Allen Powell
Droder & Miller Co., LPA - 1
250 East Fifth Street
Suite 700
Cincinnati, OH 45202
513-721-1504 ext. 201
513-721-1504 (fax)
pbiltz@drodermiller.com

Attorneys for Defendant signed by email authorization 8/24/2020