# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Gerald L. Shults, Jr.,
    Plaintiff(s),

vs.

Sandra Norling,
    Defendant(s).

Case No. 1:20-cv-224
( J. Black ; Litkovitz, M.J.)

## ORDER SETTING SETTLEMENT CONFERENCE

This case is hereby set for a settlement conference **on Wednesday, October 7, 2020 at 9:00 am**, **(VIA VIDEO CONFERENCING).** Due to the ongoing COVID-19 pandemic and the current health restrictions that are in place, the Court will determine the method in which the mediation shall be conducted prior to the conference (in person appearance or by video conferencing/teleconferencing).

**Judge Litkovitz Civil** - Wednesday, October 7, 2020 at 9:00 am.

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/135778997

**This meeting is locked with a password:** 654752

**You can also dial in using your phone.**
United States: +1 (786) 535-3211

**Access Code:** 135-778-997

**Join from a video-conferencing room or system.**
Dial in or type: 67.217.95.2 or inroomlink.goto.com
Meeting ID: 135 778 997
Or dial directly: 135778997@67.217.95.2 or 67.217.95.2##135778997

New to GoToMeeting? Get the app now and be ready when your first meeting starts:
https://global.gotomeeting.com/install/135778997

The undersigned U.S. Magistrate Judge will serve as the mediator of the settlement conference.  At least **21 days prior to the Settlement Conference** plaintiff shall submit a fully documented, written settlement demand to defendant.  Defendant shall have **7 days** to respond with a fully documented counter-offer.

Not later than noon, ==on September 30, 2020==, each party shall submit to the Magistrate Judge only, and without formal filing with the Clerk, a confidential letter of five pages or less regarding potential settlement, which shall include:

1. A statement of the factual and legal issues;

2. An assessment of liability and damages;

3. A statement of the strengths and weaknesses of the case;

4. A summary of prior settlement negotiations;

5. A proposal as to how to settle this case now; and

6. The names and positions of all persons who will attend the settlement conference.

These confidential letters will be maintained by the Court separate and apart from the case file, and may be delivered by fax (513-564-7691) or email (litkovitz_chambers@ohsd.uscourts.gov).

Throughout the entirety of this settlement conference, party representatives with complete authority to negotiate a settlement of the case shall be present **" in person"**.

Pursuant to S. D. Ohio Civ. R. 16.3(c), all statements made by the parties relating to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the settlement conference

statements required above shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

**IT IS SO ORDERED.**

/s/ *Karen L. Litkovitz*
United States Magistrate Judge