# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **GERALD L. SHULTS, JR.** | : | No. 1:20-cv-224 |
| **Plaintiff,** | : | **Judge Timothy Black** |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| **SANDRA NORLING** | : | |
| **Defendant.** | : | [formerly in the Common Pleas Court of Clermont County, Ohio No. 2020 CVC 00208] |
| | : | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

The parties, having reached a resolution of all claims, hereby stipulate pursuant to Fed. R. 41(a)(2) to a dismissal with prejudice of all claims brought by Plaintiff. The parties will be responsible for their own costs and expenses.

Given the stipulation, and pursuant to Fed. R. 41(a)(2), the parties hereby request the Court issue an Entry and Order VACATING all dates and deadlines and DISMISSING with prejudice all claims brought by Plaintiff in the within lawsuit.

Notwithstanding this stipulation, the parties ask this Court to retain jurisdiction over this case solely for purposes of enforcing the terms of settlement, to the extent necessary.

Respectfully submitted,

| | |
|---|---|
| *Per email authority of 1/26/2021* | */s/ Jennifer L. Wilson* |
| Mark C. Eppley (0079218) | Jennifer L. Wilson (0071376) |
| Andrew W. Green (0072978) | FREUND, FREEZE & ARNOLD |
| 635 West Seventh Street, Suite 300 | Capitol Square Office Building |
| Cincinnati, OH 45203 | 65 E. State Street, Suite 800 |
| T: 513-621-6275; F: 513-621-6274 | Columbus, OH 43215-4247 |
| Mark@EppleyLegalGroup.com | T: 614-827-7300; F: 614-827-7303 |
| Andrew@EppleyLegalGroup.com | jwilson@ffalaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant, Sandra Norling* |

- 2 -

| | |
|---|---|
| *Per e-mail authority of 1/21/2021* | */s/ Nicole A. Mitchell* |
| Edward J. Collins (0025833) | Nicole A. Mitchell (0068178) |
| Bradley A. Powell (0034478) | FREUND, FREEZE & ARNOLD |
| 250 East Fifth Street | Union Centre Office Park II |
| Suite 700 | 8899 Brookshire Avenue, Suite 203 |
| Cincinnati, OH  45202 | West Chester OH 45069 |
| T: 513-721-1504 | T:  513-587-3917 |
| F: 513-721-0310 | F:  513-618-3917 |
| ecollins@drodermiller.com | nmitchell@ffalaw.com |
| bpowell@drodermiller.com | *Counsel for Defendant, Sandra Norling* |
| *Counsel for Defendant, Sandra Norling* | |

*Per e-mail authority of 1/6/2021*
John M. Williams (0064175)
Law Office of John M. Williams, LLC
5128 Montgomery Road
Cincinnati, OH 45212
T:  513-791-7919
F:  866-792-2175
jmwilliams@jmwilliamslaw.com
*Counsel for Defendant, Sandra Norling*