# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| GERALD L. SHULTS, JR. | : | Case No. 1:20-cv-224 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | |
| SANDRA NORLING, | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

Before the Court is a "stipulation of dismissal with prejudice" of all claims jointly filed by the parties.  (Doc. 23).  However, the Court will construe the stipulation as a joint motion for an order of dismissal and motion to retain jurisdiction, given the parties request a Court order under Federal Rule of Civil Procedure 41(a)(2) and request the Court to retain jurisdiction as part of the stipulation.  (*Id*. at 1).

The parties state that a settlement agreement has been reached between the parties, resolving all claims.  The parties request that this case be dismissed with prejudice and that the Court retain jurisdiction to enforce the terms of the parties' settlement agreement, to the extent necessary.

Accordingly, for good cause shown and upon consideration of the parties' joint motion to dismiss pursuant to Rule 41(a)(2), it is hereby ordered that:

1. With consent of the parties, the Court shall retain jurisdiction for the purposes of enforcing the terms of the parties' settlement agreement, to the extent necessary; and

2. Except as provided in Paragraph 1, the case is **DISMISSED with prejudice**, and shall be **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:  1/27/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge